THOMAS P. O'BRIEN
United States Attorney
LEON W. WEIDMAN
Assistant United States Attorney
Chief, Civil Division
DENNIS J. HANNA
Special Assistant United States Attorney
California Bar No. 184475

333 Market Street, Suite 1500
San Francisco, California 94105
Telephone:  (415) 977-8962
Facsimile:  (415) 744-0134
E-Mail: Dennis.Hanna@ssa.gov

JS - 6

Attorneys for Defendant,
          Commissioner of Social Security

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
SOUTHERN DIVISION

| | |
|---|---|
| SUE M. BECK,                              )<br>                                                   )<br>          Plaintiff,                        )<br>                                                   )<br>               v.                             )<br>                                                   )<br>MICHAEL J. ASTRUE,                  )<br>Commissioner of Social Security,  )<br>                                                   )<br>          Defendant.                       )<br>_____) | SACV 08-00903 OP<br><br>**JUDGMENT OF REMAND** |

          The Court having approved the parties' Stipulation to Voluntary Remand

Pursuant to Sentence Four of 42 U.S.C. § 405(g) and to Entry of Judgment

("Stipulation to Remand") lodged concurrent with the lodging of the within Judgment

of Remand, **IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that the

above-captioned action is remanded to the Commissioner of Social Security for

further proceedings consistent with the Stipulation of Remand.


DATED:  _February 13, 2009_         _____

                                                       HON. OSWALD PARADA
                                                       UNITED STATES MAGISTRATE JUDGE