**Troy Monge, Esq.**
Law Offices of Martin Taller, APC
2300 E. Katella Avenue, Suite 440
ANAHEIM, CALIFORNIA 92806
TELEPHONE (714) 385-8100
troymonge@hotmail.com

Attorney Bar #217035
Attorneys for SUE BECK

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SUE BECK, | No. SACV08-00903 OP |
| Plaintiff, | [PROPOSED] ORDER AWARDING EAJA FEES AND COSTS |
| v | |
| MICHAEL J. ASTRUE, COMMISSIONER OF SOCIAL SECURITY, | |
| Defendant. | |

Based upon the parties' Stipulation for Award of EAJA Fees and costs ("Stipulation"),

IT IS ORDERED that counsel for Plaintiff, as assignee of the Plaintiff, is awarded attorney fees under the Equal Access to Justice Act in the amount of ONE THOUSAND SIX HUNDRED TWENTY FOUR DOLLARS and SEVENTY NINE CENTS ($1,624.79) and costs in the amount of NINETEEN DOLLARS and FORTY CENTS ($19.40), as authorized by 28 U.S.C. §§ 1920 and 2412(d), and subject to the terms of the Stipulation.

Dated: 3/2/09

_____
UNITED STATES MAGISTRATE JUDGE

1